# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL TRACY MCLAUGHLIN

    Petitioner,

vs.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No. 2:11-CV-00884-JCM-(LRL)

**ORDER**

    Petitioner has submitted a letter (#3) in which he asks for an extension of time to apply for leave to proceed <u>in forma pauperis</u> or to pay the filing fee. The court grants his request.

    In the future, petitioner needs to put a request in the form of a motion and to comply with Local Rules 10-1 and 10-2 regarding the form of documents. Putting a request in the form of a letter might result in the request being disregarded.

    IT IS THEREFORE ORDERED that petitioner's motion for an extension of time, which the court construes from petitioner's letter (#3), is **GRANTED**. Petitioner shall have through July 29, 2011, to comply with the court's order (#2).

    DATED: July 15, 2011.

JAMES C. MAHAN  
United States District Judge