# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL TRACY MCLAUGHLIN

    Petitioner,

vs.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No. 2:11-CV-00884-JCM-(VCF)

**ORDER**

    The court stayed this action while petitioner exhausted his available remedies in state court. Order (#8). Petitioner has submitted a motion to reopen action and file an amended petition (#9). He notes that the state-court proceedings have concluded, and he wishes to file an amended petition that is signed and that corrects other errors. Petitioner has not attached a copy of his proposed amended petition, as required by LR 15-1. Petitioner will need to file an amended petition, or the court will dismiss this action.

    Also before the court is petitioner's motion to receive free copies (#8). Petitioner has not stated why he needs free photocopies, and the court sees no reason. The forms for filing a habeas corpus petition are available both in prison and through this court. Additionally, the prison provides carbon paper for petitioner to make copies of documents that he needs to serve upon respondents.

    IT IS THEREFORE ORDERED that petitioner's motion to reopen action and file an amended petition (#9) is **GRANTED**. This action is **REINSTATED**.

    IT IS FURTHER ORDERED that the clerk of the court shall send petitioner a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 form with instructions. Petitioner shall have

thirty (30) days from the date of entry of this order to file an amended petition.  Failure to comply with this order will result in the dismissal of this action.

      IT IS FURTHER ORDERED that petitioner shall clearly title the amended petition as such by placing the word "AMENDED" immediately above "Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254" on page 1 in the caption, and petitioner shall place the docket number, 2:11-CV-00884-JCM-(VCF), above the word "AMENDED."

      IT IS FURTHER ORDERED that petitioner's motion to receive free copies (#8) is **DENIED**.

DATED:  March 15, 2012.

_____
JAMES C. MAHAN
United States District Judge

-2-