# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL TRACY MCLAUGHLIN

    Petitioner,

vs.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No. 2:11-CV-00884-JCM-(VCF)

**ORDER**

    Petitioner has submitted a motion for appointment of counsel (#14). Petitioner is unable to afford counsel, and the issues presented warrant the appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B).

    Petitioner also has submitted a motion for leave to supplement (#15). This motion is moot because counsel will determine whether an amended petition is necessary.

    IT IS THEREFORE ORDERED that petitioner's motion for appointment of counsel (#14) is **GRANTED**. The federal public defender is provisionally appointed to represent petitioner.

    IT IS FURTHER ORDERED that the federal public defender shall have thirty (30) days from the date that this order is entered to undertake direct representation of petitioner or to indicate to the court his inability to represent petitioner in these proceedings. If the federal public defender does undertake representation of petitioner, he shall then have sixty (60) days to file an amended petition for a writ of habeas corpus. If the federal public defender is unable to represent petitioner, then the court shall appoint alternate counsel.

1     IT IS FURTHER ORDERED that the clerk shall electronically serve the federal public
2 defender a copy of the amended petition (#13) and a copy of this order.
3     IT IS FURTHER ORDERED that any exhibits filed by the parties shall be filed with a
4 separate index of exhibits identifying the exhibits by number or letter.  The CM/ECF attachments
5 that are filed further shall be identified by the number or numbers (or letter or letters) of the exhibits
6 in the attachment.  The hard copy of any additional state court record exhibits shall be
7 forwarded—for this case—to the staff attorneys in Las Vegas.
8     IT IS FURTHER ORDERED that petitioners' motion for leave to supplement (#15) is
9 **DENIED** as moot.
10     DATED June 7, 2012.

                                                      JAMES C. MAHAN
                                                      United States District Judge