# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL TRACY MCLAUGHLIN

    Petitioner,

vs.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No. 2:11-cv-00884-JCM-VCF

**ORDER**

    Petitioner having submitted an unopposed motion for an enlargement of time (first request) (#61), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's unopposed motion for an enlargement of time (first request) (#61) is **GRANTED**. Petitioner shall have through January 29, 2015, to file and serve a reply to the answer (#58).

    DATED: December 23, 2014.

                                                               JAMES C. MAHAN
                                                               United States District Judge