# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL TRACY MCLAUGHLIN

    Petitioner,

vs.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No. 2:11-cv-00884-JCM-VCF

**ORDER**

    Respondents having filed two motions for extension of time (ECF No. 84, 85), and good cause appearing;

    IT IS THEREFORE ORDERED that respondents' motions for extension of time (ECF No. 84, 85) are **GRANTED**.  Respondents will have through March 24, 2017, to file and serve responses to petitioner's motion for evidentiary hearing (ECF No. 82) and motion for deposition in lieu of live testimony (ECF No. 83).

    DATED:  March 15, 2017.

_____
JAMES C. MAHAN
United States District Judge