UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| MICHAEL TRACY McLAUGHLIN, | Case No. 2:11-CV-884 JCM (VCF) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| BRIAN WILLIAMS, et al., | |
| Defendant(s). | |

Presently before the court is petitioner Michael Tracy McLaughlin's motion to continue a hearing. (ECF No. 101). Petitioner asks that the evidentiary hearing set in the case be moved from October 24, 2017, to a later date. Petitioner wishes to ensure that he can present, either through live or deposition testimony, the opinion of Dr. Lipman. *Id.*

Good cause appearing, the court will grant the instant motion.

Accordingly,

IT IS HEREBY ORDERED that petitioner's motion to continue a hearing (ECF No. 101) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the evidentiary hearing in the case be rescheduled for **Thursday, December 14, 2017, at 10:00 AM.**

DATED October 2, 2017.

*[signature]*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**