RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JONATHAN M. KIRSHBAUM
Assistant Federal Public Defender
New York State Bar No. 2857100
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-6419 (fax)
Jonathan_Kirshbaum@fd.org

Attorney for Michael McLaughlin

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL TRACY McLAUGHLIN, | Case No. 2:11-cv-00884-JCM-VCF |
| Petitioner, | **AMENDED ORDER TO TRANSPORT** |
| v. | |
| BRIAN WILLIAMS, Warden, et al. | |
| Respondents. | |

In accordance with the Order of this Court filed on September 20, 2017 setting the evidentiary hearing in this matter for December 14, 2017 (Electronic Case Filing 103),

IT IS HEREBY ORDERED that the Nevada Department of Corrections will transport the following inmate to the Lloyd D. George United States Courthouse, 333 Las Vegas Blvd., Las Vegas, Nevada, to personally attend the evidentiary hearing scheduled for Thursday, December 14, 2017 at 10:00 a.m. in Courtroom 6A:

The Clerk of Court additionally shall provide a copy of this order to the Marshal's Las Vegas office.

Dated October 6, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

/s/ Jonathan M. Kirshbaum
_____
JONATHAN M. KIRSHBAUM
Assistant Federal Public Defender
*Attorney for Michael McLaughlin*

2