# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL TRACY MCLAUGHLIN

    Petitioner,

vs.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No. 2:11-cv-00884-JCM-VCF

**ORDER**

Petitioner having filed an unopposed motion for enlargement of time (first request) (ECF No. 127), and good cause appearing;

IT IS THEREFORE ORDERED that petitioner's unopposed motion for enlargement of time (first request) (ECF No. 127) is **GRANTED**. Petitioner will have through April 6, 2018, to file and serve his opening brief.

DATED: February 21, 2018.

_____
JAMES C. MAHAN
United States District Judge