# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL TRACY MCLAUGHLIN, | Case No. 2:11-cv-00884-JCM-VCF |
| Petitioner, | **ORDER** |
| v. | |
| JO GENTRY, et al., | |
| Respondents. | |

Respondents having filed a motion for extension of time (first request) (ECF No. 130), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for extension of time (first request) (ECF No. 130) is **GRANTED**. Respondents will have through July 17, 2018, to file an answering brief to petitioner's opening brief (ECF No. 129).

DATED: May 8, 2018.

JAMES C. MAHAN
United States District Judge