# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL TRACY MCLAUGHLIN,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JO GENTRY, et al.,<br><br>　　　　Respondents. | Case No. 2:11-cv-00884-JCM-VCF<br><br>**ORDER** |

Respondents having filed a motion for extension of time (third request) (ECF No. 134), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for extension of time (third request) (ECF No. 134) is **GRANTED**. Respondents will have through November 16, 2018, to file an answering brief to petitioner's opening brief (ECF No. 129).

DATED: September 28, 2018.

_____
JAMES C. MAHAN
United States District Judge