# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL TRACY MCLAUGHLIN, | Case No. 2:11-cv-00884-JCM-VCF |
| Petitioner, | **ORDER** |
| v. | |
| JO GENTRY, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 137), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (first request) (ECF No. 137) is **GRANTED**. Petitioner will have through December 17, 2018, to file a reply brief to respondents' answering brief (ECF No. 136).

DATED: December 7, 2018.

JAMES C. MAHAN
United States District Judge