Michael T. McLaughlin
SDCC
P.O. Box 208
Indian Springs, NV.
89070

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Michael T. McLaughlin
  Petitioner/Appellant
        V.

BRIAN WILLIAMS, et;al
  Respondent

Case No 2:11-CV-884-JCM-VCF

JUDICIAL Notice
under FED. R. EVID. 201

Comes Now, petitioner Michael McLaughlin, under Federal Rules of Evidence 201 with Judicial Notice of an Extraordinary Delay in the deciding of his petition for a writ of Habeas Corpus.

This Notice is based upon the forthcoming statements made by petitioner and the filings of other motions, papers, and pleadings on file therein.

Page - 1

## STATEMENT OF FACTS

On the 17 Day of December, 2018, The Reply Brief by Petitioner/Appellant was filed in United States District Court, District of Nevada, in front of Judge James C. Mahan in Case Number 2:11-CV-00884-JCM-VCF

PETITIONER McLaughlin, would like to hereby notice the Court that an Extraordinary Delay in coming to a decision on the Habeas Petition has lapsed.

A delay of 14 plus Months is impermissable being that Judge Mahan did not want to conduct the Evidentiary Hearing to begin with.

This delay is furthermore egregious being that the Court granted Extensions and Enlargements of time to the Respondent(s) on at least Seven (7) occassions, the dates being: 10/29/2013; 4/7/2017; 5/19/2017; 6/1/2017; 5/8/2018; 7/25/2018; and 9/28/2018

Being that this action was first initiated on the 31st Day of May, 2011, this delay becomes unconscionable...

## Conclusion

Petitioner prays for expediancy in the disposition of this matter.

Respectfully

#83193

Michael J. McLaughlin

State of Nevada )
County of Clark ) ss    Affidavit

I, Michael McLaughlin, do hereby swear under Penalty of perjury that the below represented statements are true of my own knowledge, except to those matters stated upon information and belief.

Petitioner/Appellant, Michael McLaughlin already has In forma Pauperis Status in U.S. District Court below, and wants the instant filings up under that same Status under Griffin v. Illinois

Dated this 4th Day of March, 2020

#83193
Michael J. McLaughlin
Michael T. McLaughlin
SDCC
P.O. Box 208
Indian Springs, Nevada
89070

Page - ___

## CERTIFICATE OF SERVICE BY MAILING

I, Michael T. McLoughlin, hereby certify, pursuant to NRCP 5(b), that on this 4th day of MARCH, 2020, I mailed a true and correct copy of the foregoing, "Judicial Notice"

by placing document in a sealed pre-postage paid envelope and deposited said envelope in the United State Mail addressed to the following:

U.S. COURT OF APPEALS for the 9th Cir.
95 South SEVENTH STREET
SAN FRANCISCO, CALIF
94119-3939

U.S. DISTRICT COURT
DISTRICT OF NEVADA
333 LAS VEGAS BLVD #1334
LAS VEGAS, NEVADA
89101

HEIDI PARRY STERN
NEVADA ATTORNEY GENERAL
555 E. WASHINGTON AVE #3900
LAS VEGAS, NEV.
89101

FEDERAL PUBLIC DEFENDER
JONATHAN KIRSHBAUM
411 E. BONNEVILLE #250
LAS VEGAS, NEVADA
89101

CC:FILE

DATED: this 4th day of MARCH, 2020.

Michael J. McLoughlin
Michael T. McLaughlin  # 83193
/In Propria Personam
Post Office Box 208, S.D.C.C.
Indian Springs, Nevada 89018
IN FORMA PAUPERIS:

