FILED

MAR 31 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MICHAEL T. McLAUGHLIN,<br><br>   Petitioner-Appellant,<br><br> v.<br><br>BRIAN E. WILLIAMS; ATTORNEY GENERAL FOR THE STATE OF NEVADA,<br><br>   Respondents-Appellees. | No. 20-15406<br><br>D.C. No.<br>2:11-cv-00884-JCM-VCF<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

Before: TASHIMA, FRIEDLAND, and MILLER, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* 28 U.S.C. § 1291; *In re San Vicente Med. Partners Ltd.*, 865 F.2d 1128, 1131 (9th Cir. 1989) (order) (magistrate judge order not final or appealable). Consequently, this appeal is dismissed for lack of jurisdiction.

Appellant's request for judicial notice, filed in the district court on the same date as the notice of appeal, complains of the district court's delay in deciding his pending petition for writ of habeas corpus. Appellant has not filed a petition for writ of mandamus in this court. If appellant wishes to seek relief by way of a petition for writ of mandamus, he must file the petition as an original action in this court.

MF/Pro Se

The Clerk shall serve this order on the district judge.

**DISMISSED.**